UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAJOR LEAGUE BASEBALL PROPERTIES, INC. AND SAN FRANCISCO BASEBALL ASSOCIATES, LP,

    Plaintiffs,

  v.

JANE and JOHN DOES and XYZ COMPANIES 1-100,

    Defendants.
_____/

No. C 05-3604 PJH

**ORDER OF DISMISSAL**

    Before the court is plaintiff's status report in which it advises that it seeks no further remedies against the three subsequently named Doe defendants in addition to the preliminary and permanent injunctions that have already been entered. Plaintiff requests that this action be dismissed without prejudice as to them. Additionally, plaintiff has been unable to identify any remaining Doe defendants and requests that this action be dismissed without prejudice as to them as well. Accordingly, IT IS HEREBY ORDERED that this case is dismissed in its entirety without prejudice.

    SO ORDERED.

Dated: February 7, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge